**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **RANDY PATTERSON,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case 1:23-cv-00004-JRS-MJD |
| | ) | |
| **AMERICAN FOOD AND VENDING** | ) | |
| **ENTERPRISES, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant American Food and Vending Enterprises, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

1. American Food and Vending Enterprises, Inc. is a wholly owned subsidiary of American Food and Vending Corporation.

2. No publicly held company owns ten percent (10%) or more of American Food and Vending Enterprises, Inc. or American Food and Vending Corporation.

1

Dated: January 30, 2023

Respectfully Submitted,

__/s/ *Kayla M. Ernst*_____

Emmanuel V.R. Boulukos, Atty No. 27749-53
Kayla M. Ernst, Atty No. 34003-15
ICE MILLER LLP
One American Square – Suite 2900
Indianapolis, IN 46282
Telephone:  (317) 236-2100
Email:  Emmanuel.Boulukos@icemiller.com
Email:  Kayla.Ernst@icemiller.com

Patrick V. Melfi (pro hac vice forthcoming)
Gianelle M. Duby (pro hac vice forthcoming)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY  13202
Telephone:  (315) 218-8000
Email:  pmelfi@bsk.com
Email: gduby@bsk.com

*Attorneys for Defendant, American Food and Vending Enterprises, Inc.*

2

4876-8649-1470.1