UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY PATTERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:23-cv-00004-JRS-MJD ) |
| AMERICAN FOOD AND VENDING ENTERPRISES, INC , | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

This matter having come before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Date: 7/31/2023

_/s/ James R. Sweeney II_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution: Service will be made electronically on all ECF-registered counsel of record via e-mail generated by the Court's ECF system.